Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>         Plaintiff,<br><br>vs.<br><br>CLAIM JUMPER ACQUISITION COMPANY, LLC dba CLAIM JUMPER, et al.<br><br>         Defendants. | Case No. 3:21-cv-00327-WQH-RBB<br><br>**NOTICE OF SETTLEMENT.** |

TO THE COURT, ALL PARTIES OF INTEREST, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, JERRY JACKSON ("Plaintiff"), and Defendants, CLAIM JUMPER ACQUISITION COMPANY, LLC dba CLAIM JUMPER and FELCO HOTEL ASSET COMPANY, LLC("Defendants"), (Hereby known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures and full payment of the agreement, an executed Joint Motion of

Dismissal of the entire action, for all named an unnamed-defendants with prejudice, will be filed with the court by Plaintiff's attorney no later than October 1, 2021.

RESPECTFULY SUBMITTED,

Dated: September 1, 2021          /s/ Michael a. Taibi, Esq.
                                  MICHAEL A. TAIBI, ESQ
                                  Attorney for Plaintiff,
                                  JERRY JACKSON

## CERTIFICATE OF SERVICE
### 3:21-cv-00327-WQH-RBB

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 1st day of September 2021, to all parties of record:

### NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of September 2021, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.