1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

Michael A. Taibi, Esq.  SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:
email:  taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

JERRY JACKSON,

                        Plaintiff,

          vs.

CLAIM JUMPER ACQUISITION
COMPANY LLC dba CLAIM JUMPER,
et al.

                        Defendants.

Case No. 3:21-cv-00327-WQH-RBB

**JOINT MOTION OF DISMISSAL
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(A)(1)(A)(II); &
ORDER THEREON.**

19
20
21
22
23
24
25

## **MOTION**

The Plaintiff, Jerry Jackson and Defendants, Claim Jumper Acquisition Company, LLC dba Claim Jumper and Felco Hotel Asset Company, LLC, hereby apply that this complaint may be dismissed, with prejudice.  Each party shall bear their own attorney fees and costs.

The dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(ii).

1

1

2

3   Dated:  10/04/21                              /s/ Michael a. Taibi, Esq.
                                                MICHAEL A. TAIBI, ESQ
4                                               Attorney for Plaintiff
                                                JERRY JACKSON
5

6
    Dated:  10/04/21                              /s/ Connie L. Benson, Esq.
7                                               Connie L. Benson, Esq.
                                                Attorney for the Defendant
8                                               CLAIM JUMPER ACQUISITION
                                                COMPANY LLC dba CLAIM JUMPER
9

10  Dated:   10/04/21                             /s/ Christine M. Fitzgerald
                                                Christine M. Fitzgerald, Esq.
11                                              Attorney for the Defendant
                                                FELCO HOTEL ASSET COMPANY, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                                SIGNATURE CERTIFICATION

3

4        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and

5   Procedures Manual, I hereby certify that the content of this document is acceptable to Connie L.

6   Benson, Esq., counsel for Claim Jumper Acquisition Company, LLC dba Claim Jumper and

7   Christine M. Fitzgerald, Esq., counsel for Felco Hotel Asset Company, LLC.  I have obtained

8   authorization from the afore-referenced attorneys to affix their electronic signature to this

9   document.

10

11

12   Dated:   10/04/21                        /s/ Michael A. Taibi, Esq.
                                              /s/ Michael A. Taibi, Esq.
13                                            Attorney for the Plaintiff
                                              JERRY JACKSON
14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF SERVICE
3:21-cv-00327-WQH-RBB

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 401 West A  Street, Suite 320, San Diego, California 92101,

which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic

filing system this _4th____ day of October  2021, to all parties of record:

JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1(A)(ii).

I swear and declare under penalty of perjury under the laws of the United States of

America and the State of California that the foregoing is true and correct to the best of my

knowledge.

Executed this _4th_ day of October 2021, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.
Attorney for the Plaintiff
JERRY JACKSON

4