UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>CLAIM JUMPER ACQUISITION COMPANY LLC, doing business as Claim Jumper: Felco Hotel Asset Company, LLC; FELCO HOTEL ASSET COMPANY, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 21-cv-327-WQH-RBB<br><br>**ORDER** |

HAYES, Judge:

  Pursuant to the parties' Joint Motion of Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (ECF No. 19),

  IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. The Clerk of the Court shall close the case.

Dated: October 5, 2021

                */s/ William Q. Hayes*
                Hon. William Q. Hayes
                United States District Court